United States District Court
for the
District of Maryland

proper court name

district court of the United States
Maryland State

United States of America
plaintiff/Bankrupt Debtor

VS

Sandra Denise Curl, Sandra Curl- Jacobs El
Sandra Curl Jacobs, "Minister Sandra El
Defendant Creditor

CASE # GJH 8:19 CR 444

FILED _____ _____ ENTERED
_____ LODGED _____ RECEIVED

JAN 2 9 2021

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
                                    DEPUTY

Sandra Kenan
party acting on behalf of Creditor

## MOTION FILING OF DEFENDANTS DOCUMENTS TO BE RECORDED ON THE RECORD
## NOTICE TO THE DISTRICT COURT

18 U.S. Code § 2071. Concealment, removal, or mutilation generally

& 18 U.S. Code § 2076. Clerk of United States District Court.

Whereas, I, Sandra Kenan, (HEREINAFTER and at "All" times when "I" or this party is used it will mean Sandra Kenan acting on behalf of Sandra Denise Curl name on birth certificate, Sandra Curl Jacobs, and Sandra Curl Jacobs El, Minister Sandra El, and not as a Bar Attorney or educated in any law school to interrupted your language and in the communication as terms of words as pointed out by President Clinton, in his impeachment on the word " is" and it depend on what the word is, is.

On Monday November 25, 2019 the morning of a Motion Limine Grounds for Dismissal Defective Warrant along with copies of the search and seizure warrant as well as attachments for supporting evidences was stamped and initial by a clerk of the court.

Even though these documents were submitted, and the clerk of court looked up the case number, the clerk of court kept a copy for the court then initialed and stamped my copy for my record. As of today Sunday December 15, 2019, the Motion Limine Grounds for Dismissal Defective Warrant with supporting evidences submitted to the clerk of court has failed to be recorded and shown on the docket.

A correspondence from Judge George J. Hazel dated December 6, 2019 stating return to filer reason: "Not a party to the case and member of bar not signed the document" decided to return only the first page of the Motion Limine Grounds for Dismissal Defective Warrant. However, I did communicate with the clerk of the court before the Motion Limine Grounds for Dismissal Defective Warrant was being re submitted to Judge George J. Hazel that Kenan is my current married name and the I AM representing the parties birth certificate named Sandra Denise Curl etc. The clerk of the court stated she would share this information with the Judge.

Meanwhile the prosecutors and public defenders have free range to file whatever they please. Every document submitted into this case by the prosecutors and the public defender has made its way to the docket. Although I never asked nor consented for a Public Defender, I did give notice to the court that I would be representing the defendants. The public defender Ned Smock did send a letter to Judge George J. Hazel informing that he had spoken with me and still is awaiting response from the court.

18 U.S. Code § 2071. Concealment, removal, or mutilation generally & 18 U.S. Code § 2076. Clerk of United States District Court.

This type of conduct violates my rights to represent and defend myself.   I have sent a letter via email into the Judge George Jarrod Hazel chambers with regards to this matter as well as  followed up by calling on several occasion to address this issue and to no avail have I have not gotten an answer from the assistant law clerks in Judge George Jarrad Hazel chamber.

Clearly this is a violation of  18 U.S. Code § 2071 and Concealment, removal, or mutilation generally.

(a). Whoever willfully and unlawfully conceals, removes, mutilates, obliterates, or destroys, or attempts to do so, or, with intent to do so takes and carries away any record, proceeding, map, book, paper, document, or other thing, filed or deposited with any clerk or officer of any court of the United States, or in any public office, or with any judicial or public officer of the United States,.

(b).  Whoever, having the custody of any such record, proceeding, map, book, document, paper, or other thing, willfully and unlawfully conceals, removes, mutilates, obliterates, falsifies, or destroys the same, shall be fined under this title or imprisoned not more than three years, or both; and shall forfeit his office and be disqualified from holding any office under the United States. As used in this subsection, the term "office" does not include the office held by any person as a retired officer of the Armed Forces of the United States.

18 U.S. Code § 2076. Clerk of United States District Court

Whoever, being a clerk of a district court of the United States, willfully refuses or neglects to make or forward any report, certificate, statement, or document as required by law.

I am requesting that all my documents including the enclosed to be posted to the docket without delay.

The enclosed  are several motions to be file are as follows:

1). Counter Claimant Motion Prayer for Proof of Jurisdiction Show Cause and Proof of Enforcement Clause, 2). Memorandum of Law and Facts on the Creation of the United States District Court by

Congressional Enactment Why It Lack Jurisdiction **3).**  Motion for Return of All Property Affidavit, and **4).** Demand for Bill of Particulars Taxpayer Fraud.  **5).**  Motion IRS Lack Jurisdiction Willful Breach of Employees Position and Determination Letter Demanded.  **6).**  Brief regarding 4 U.S.C.  72 The Secretary's Authority in the Several States and **7).** Motion to Dismiss on the Grounds 18 U.S.C. is Called into Question as Void for Vagueness.  And  **8).** NOTICE TO THE CLERK OF COURT 18 U.S. Code § 2071. Concealment, removal, or mutilation generally & 18 U.S. Code § 2076. Clerk of United States District Court.

Enclosed you will find sets wet ink signed motions all are to be stamped and placed on the record noted case number above.   The  2nd set of motions please stamp and returned to me per the enclosed prepaid envelope.

Should you have any questions please be free to contact me at (202) 706-9541.

Thank you for your time

Sandra Kenan
c/o: 1300 Lundy Lane
Charlotte, North Carolina {28214}
Party acting on behalf of Creditor.

4/7/2020

18 U.S. Code § 2071. Concealment, removal, or mutilation generally & 18 U.S. Code § 2076. Clerk of United States District Court.