United States District Court

for the District of Maryland

proper court name

district court of the United States

Maryland State

United States of America                    CASE # GJH 8:19 CR 444

Plaintiff /Bankrupt Debtor

VS

Sandra Denise Curl, Sandra Curl- Jacobs El

Sandra Curl Jacobs, "Minister Sandra El

Defendant Creditor

Sandra Kenan

party acting on behalf of Creditor

## COUNTER CLAIMANT
## MOTION
### Prayer for Proof of Jurisdiction
### Show Cause and Proof of Enforcement Clause

Whereas, I, Sandra Kenan, (HEREINAFTER and at "All" times when "I" or this party is used it well mean Sandra Kenan acting on behalf of and as a named party birth certificate Sandra Denise Curl) Sandra Curl Jacobs, Sandra Curl Jacobs El and Minister Sandra El acting on behalf of the named parties and not a Bar Attorney or educated in any law school to interrupted your language and in the communication as

terms of words as pointed out by President Clinton, in his impeachment on the word " is" and it depend on what the word is, is.

Now comes Sandra Kenan, Birth Certificate known as Sandra Denise Curl, and hereby incorporates all statements of fact concerning the character of the party and her abode and relationship to Federal jurisdiction, and her denial of being SANDRA CURL, SANDRA KENAN, or any other jurisdictic, non-moral being.

This memorandum of law expounds on only number of issues raised to a common law remedy on a four-square challenge and collateral attack on the indictment, judgment, Internal Revenue Service/IRS claim and lack of jurisdiction of this court in UNITED STATES OF AMERICA vs Sandra Denise Curl, Sandra Curl- Jacobs El Sandra Curl Jacobs, "Minister Sandra El., case GJH 8:19 CR 444

## JURISDICTION CHALLENGE

Question before the District of Maryland Court is jurisdiction.

1. District of Maryland Court is required to address in order to claim jurisdiction over the defendants as the prosecution as always fail to state that jurisdiction when it comes to the people to which jurisdiction it operates.

2. It seem that jurisdictions when it come to the people is top-secret "hidden"

3. When the people come before these same federal court to bring a claim against the same named plaintiffs the District of that State named claim there no jurisdiction when jurisdiction has been named under 28 PART IV—JURISDICTION AND VENUE that District of Court keeps claiming no jurisdiction, no jurisdiction, no jurisdiction no matter how the people give that court jurisdiction there no jurisdiction.

COUNTER CLAIMANT MOTION PRAYER FOR PROOF OFJURISDICTION SHOW CAUSE AND PROOF OF ENFORCEMENT CLAUSE

Class vs State of Kentucky, Mayor vs Pima County Az, Class vs New Philadelphia, Andrew vs United States just to name a few.

4. When a member of the Bar Association comes before these same Courts the District of that State name now that Court has jurisdiction. Explain what is the difference.

5. This discovery jurisdiction issue before this District of Maryland Court has to do with which jurisdiction it is operating under as each has limited powers of operations as an Article III Court or an Article IV Court.

6. Whereas by Congressional intend the District of Maryland claim has limited jurisdiction as explained in the Memorandum of Law and Facts.

a). Is the District of Maryland Court under Article IV a Territorial Court Classification? if so

b). Name that territory

c). Is the District of Maryland Court under Article IV under a Military District Classification? If so

d). Name the military district

e). Is the District of Maryland Court under Article IV operation on a federal enclave? If so

f). Name that federal enclave.

g). Is the District of Maryland Court an Article IV Court?

h). If the District of Maryland Court an Article IV is it not a legislative Court?

COUNTER CLAIMANT MOTION PRAYER FOR PROOF OFJURISDICTION SHOW CAUSE AND PROOF OF ENFORCEMENT CLAUSE

i). If the District of Maryland Court is an Article IV is a legislative Court does it not have limited jurisdiction?

j). Does the District of Maryland Court have criminal jurisdiction?

k). Does the District of Maryland Court have jurisdiction on Maryland State property?

l). Is the District of Maryland Court claiming jurisdiction under an undisclosed federal enclave against the defendant? If so

m). What federal enclave is the District of Maryland Court claiming jurisdiction under?

n). What federal enclave or military property or territory was the so call crime committed on that would give District of Maryland Court jurisdiction over the defendant? And

o). why is this not disclosed by the plaintiff to the defendant as required?

p). Does not the Rules state that jurisdiction must be set before the court can address any action? And

q). That the parties are to claim and set such jurisdiction and not the judge?

7. Before a court (judge) can proceed judicially, jurisdiction must be complete consisting of two opposing parties (not their attorneys - although attorneys can enter an appearance on behalf of a party, only the parties can testify and until the plaintiff testifies the court has no basis upon which to rule judicially), and the two halves of subject matter jurisdiction = the statutory or common law authority the action is brought under (the theory of indemnity) and the testimony of a competent fact witness regarding the injury (the cause of action). If there is a jurisdictional

COUNTER CLAIMANT MOTION PRAYER FOR PROOF OFJURISDICTION SHOW CAUSE AND PROOF OF ENFORCEMENT CLAUSE

failing appearing on the face of the record, the matter is void, subject to vacation with damages, and can never be time barred.

8. Is not as a judge for the District of Maryland are you not to be neutral and unbiased and non-prejudice and not a party on behalf of the plaintiff?

9. Does the District of Maryland Court have jurisdiction when the plaintiff has no Congressional enforcement clause when 27 CFR had given no enforcement?

10. Does the District of Maryland Court hold standing as an Article III Court as defined in the U.S. Constitution as an inferior Court?

11. In Which Position does this District of Maryland operate under as?
   a). Administrative
   b). Territorial
   c). Constitutional

12. Does the District of Maryland Court action come under Article III clause 2? If so

13. Does not the 11th amendment now remove jurisdiction from hearing a case? If not

14. By what authority if the District of Maryland is not an Article IV Court or an Article III Court is the District of Maryland operating as a private Corporation Court? And

15. To be considered to operate under the Clearfield Trust doctrine as a non-government but private business and can the parties involved produce a contract or any form of memorandum of agreement?

COUNTER CLAIMANT MOTION PRAYER FOR PROOF OFJURISDICTION SHOW CAUSE AND PROOF OF ENFORCEMENT CLAUSE

16. Is the District of Maryland Court receiving taxpayer money to operate if as an Article IV Court or as an Article III Court? Or

17. If, acting as a Private Corporation business Court who pays the salary and bills to operate under?

18. Does this Court retirement come from the Northern Trust Company or any private corporation as a former/ bar member that is linked to the IRS?

19. The District of Maryland Court will be required to provide the implementing enforcement Regulation/laws to support the fact what may show evidence of a law/ under color of law but fail to show any form of enforcement. Can The District of Maryland Court provide the above? If not, why?

20. Does the District of Maryland Court have any vest interest or have any ties that can or would be a conflict of interest or that would consider a conflict to cause this Court to be biased and prejudice to the IRS or any plaintiff that would or will come before this Court?

21. Does the District of Maryland Court or any of its employees have any ties to the plaintiff / Internal Revenue Service (IRS)?

22. Would the defendant have reason to believe that the District of Maryland Court would not do everything to suppress the truth and act out its own rule of law and act outside the Constitution as those who doing the impeachment against President Trump claim the Rule of Law and the Constitution is the supreme law of the land?

COUNTER CLAIMANT MOTION PRAYER FOR PROOF OFJURISDICTION SHOW CAUSE AND PROOF OF ENFORCEMENT CLAUSE

a). Well the District of Maryland Court comply with the Rule of Law?

b). Well the District of Maryland Court comply with the Constitution?

c). Has the District of Maryland Court been threats or been bribed to fine the defendant guilty?

d). Does the District of Maryland Court intend to be neutral? or

e). act as assistant of counsel to the plaintiff from the bench?

f). Can the defendant count on that the District of Maryland Court to act consistently under the term of high crimes and misdemeanors as defined in the impeachment hearing on President Trump?

23. Is the District of Maryland Court acting under so form of the Reconstruction Act of 1867 or any newer form to where the United States claim the State of Maryland may be acting in so form of rebellion or as a rebel State in order to claim jurisdiction of State land?

24. The District of Maryland Court is it not required to place into the record all the implementing enforcement regulation/laws to support its jurisdiction?

25. Since the defendant has a right to face her accuser. Provide the following answer to the questions.

a). How has the United States of America been injured?

b). What is the address of the United States of America?

c). Is the United State of America bringing the claim?

d). Will the prosecutors subpoena the United States of America?

e). Are the prosecutors the United States of America?

f). Is the judge the United States of America?

g). Is the United States of America a corporation?

h).    If the United States of America is a corporation can it be found or listed in the Delaware in the Secretary of State as a corporation.  If not where?

i).    Is this jurisdiction not operating under the Clearfield Trust?

j).    What is the physical description of the United States of America?

k).    Is the Internal Revenue Service (IRS) the United States of America?

26. According the Constitution of the United States the preamble of the Constitution states:  "We the people of the United States".

a).    Did I bring a claim against myself?

25. According to the United States Attorney Manual 210 Choice of Law.  When dealing with negotiable instrument is it not that the court changes from government to a corporation? If not explain

26. State the address of the  Plaintiff United State of America named in this court case.

27. If it is not an injured party in this case, is it a

a). Statutory
b). Code Violation
c). Regulation

28.  If so to any of the above is the statutory, code violation and or regulation registered in the Federal Registry?

29. Is the Internal Revenue Service (IRS) a government agency? If so show proof that it is.

COUNTER CLAIMANT MOTION PRAYER FOR PROOF OFJURISDICTION SHOW CAUSE AND PROOF OF ENFORCEMENT CLAUSE

## CERTIFICATE OF SERVICE

I, Sandra Kenan, acting on behalf of the named defendant(s) file this before the district court clerk of court

in this year of 2020 in the month of April on this day of _8th_ and I certify that a copy of the

notice has been mail by regular mail.

Sandra Kenan
party acting on behalf of Creditor

**Judge chambers**
George Jarrod Hazel (in Chambers)

certified mail: _N/A_

**Clerk of the Court**
Felicia C. Cannon
6500 Cherrywood Lane
Greenbelt, MD. 20770

certified mail: _7018 1830 0000 3322 5461_

**US Attorney**
Robert Hur- U.S. Attorney
Jennifer Sykes – Assistance United States Attorney
Office of the United States Attorney
6500 Cherrywood Lane
Greenbelt, MD 20770
3013440112
Fax: 3103440105
Email: jennifer.sykes@usdoj.gov

certified mail: _Regular Mail_

**Tax Trial Attorney**
Abigail Burger Chingos
Jeffery A. McLellan
Trial Attorney
Us Department Of Justice Tax Division
150 M St. NE
Washington, DC 20002
2023053264
Email: abigail.b.chingos@usdoj.gov

certified mail: _Regular Mail_

**Ned Smock**
District of Maryland
Asst. Federal Public Defender
6411 Ivy Lane
Greenbelt, MD 20770

COUNTER CLAIMANT MOTION PRAYER FOR PROOF OFJURISDICTION SHOW CAUSE AND PROOF OF ENFORCEMENT CLAUSE

President Donald J. Trump
1600 Pennsylvania Ave NW
Washington D.C. 20530

Attorney General
William Barr
U.S. Department of Justice
950 Pennsylvania Ave  NW
Washington D.C. 20530

Department of the Treasury
Secretary of Treasury Steven Mnuchin
1500 Pennsylvania Ave
Washington, D.C. 20220

Office of Inspector General
Treasury Inspector General Tax Administrative
1401 H Street NW
Suite 469
Washington, D.C. 20220

Patrick Phippen
Trial Attorney
U.S. Department of Justice – Tax Division
Court of Federal Claims Section
P.O. Box 26
Washington, D.C. 20044