United States District Court
for the
District of Maryland

Proper court name

district court of the United States
judicial district for Maryland

United States of America                    CASE # GJH 8:19 CR 444

plaintiff/Bankrupt Debtor

    VS

Sandra Denise Curl, Sandra Curl- Jacobs El

Sandra Curl Jacobs, "Minister Sandra El

Defendant Creditor

Sandra Kenan

party acting on behalf of Creditor

## DEMAND FOR BILL OF PARTICULARS
## TAXPAYER FRAUD

Whereas, I, Sandra Kenan, (HEREINAFTER and at "All" times when "I" is used it well

mean Sandra Kenan acting on behalf of Sandra Denise Curl name on birth certificate,

Sandra Curl Jacobs, Sandra Curl Jacobs El, Minister Sandra El and not as a named party)

and not as a Bar Attorney or educated in any law school to interrupted your language and

in the communication as terms of words as pointed out by President Clinton, in his impeachment on the word " is " and it depend on what the word is, is.

There is and (the word is) used to refer to something that has been reported and placed before the court and the lawyers in your courtroom has failed to disclose to you as a judge the warrant was defective on its face. (See motion filed in clerk office November 25, 2019 before the pretrial hearing Motion for Limine Grounds for Dismissal Defective Warrant).

1. Because of this a demand for a Bill of Particulars is now being demanded to what contract that the prosecutor's office and what contract the lawyers who appear in this court are under?.

2. Are they under contract as government employee's with and oath to the government and ethics or are they operating outside the government and acting as a private contractor not under the rule or ethics of the district court?

3, If the prosecutor and the lawyers are all private contractors and this Court is a private Court not under the government rules as defined in the United States Codes and the Rules define in the "Enabling Rule Act" then by what contract am I, and the named party obligated to appear as there is no "Memorandum of Agreement". (Definition A Memorandum of Agreement ("MOA"), also known as a memorandum of understanding, is a formal business document used to outline an agreement made between two separate entities, groups or individuals)?

4. If the prosecutors is a private contractor the question is, are their wages paid by taxpayers?

5. If this Court is private and not under government ethic as found in Executive Order 12674 and Executive Order 12668, Public Law 96-303 then this Court is required to disclose this and produce the contract and MOA to which it has jurisdiction of no party to the MOA, other wise it is require to comply with the executive order and public laws and,

a) Public service is a public trust, requiring employees to place loyalty to the Constitution, the laws and ethical principles above private gain.

b) Employees shall not hold financial interests that conflict with the conscientious performance of duty.

c) Employees shall not engage in financial transactions using nonpublic Government information or allow the improper use of such information to further any private interest.

d) Employees shall put forth honest effort in the performance of their duties.

e) Employees shall not knowingly make unauthorized commitments or promises of any kind purporting to bind the Government.

f) Employees shall not use public office for private gain.

g) Employees shall act impartially and not give preferential treatment to any private organization or individual.

h) Employees shall not engage in outside employment or activities, including seeking or negotiating for employment that conflict with official Government duties and responsibilities.

i) Employees shall disclose waste, fraud, abuse, and corruption to appropriate authorities.

j) **Employees** shall satisfy in good faith their obligations as **citizens**, including all just financial obligations, especially those—such as Federal, State, or local taxes—that are imposed by law.

k) Employees shall endeavor to avoid any actions creating the appearance that they are violating the law or the ethical standards set forth in this part. Whether particular circumstances create an appearance that the law or these standards have been violated shall be determined from the perspective of a reasonable person with knowledge of the relevant facts.

6. Whereas is the district court was created within the constitution and as a judge, you are appointment is by Presidential and conferred by Congress and you job is bound under 28 USC 453 and the prosecutor job bound under 28 USC 544. Demand for answer?

7. As both jobs are paid out of what is called taxpayer funds and the condition of those terms for those wages by people you call taxpayer are entitled to fair, unbiased and impartial due process of law and when evidence or proof of wrongdoing is pointed out, the phrase "well that not how we do it here," or "that's not how its done" or "we just done follow it that why is unacceptable", definition of unacceptable means; not satisfactory; inadequate the standard was wholly unacceptable?

8. Is This Court going to classify people like myself, and named defendant/ s as taxpayers?

9. This has now become a taxpayer fraud because the people are paying for justice not injustice,

10. When your Court officers was made aware of a defective warrant and "Your" IRS Agents was informed of her illegal search and seizure of property under a warrant for a traffic stop for another party in the front lobby and it was shown to her and pointed out the defective in that warrant and her only respond was "we need to get you arrested" this IRS Agent was also given notice back in January 2019 well before the sealed grand jury and indictment that the warrant was defective still, she ignored the notice and the law.

11. It doesn't matter the warrant was defective its only important to cover that up and to get a conviction. Is this the only thing important?

12 My Question is what the charges were again. Misuse of government funds?

13. The IRS/Prosecutor will have to define and prove what authority the District of Maryland has within the state of Maryland and

14. That this District of Maryland Federal Court is not operating as a Territorial Court outside its jurisdiction.

15. Whereas, I, and the named defendants are or may be classify as "citizen of the United State" as defined under Title 5 United States code as defined in section 552a " under the phrase "individual" and classify as a tax payer as found in 26 United State code within 6331 (a) who receive wages of any officer, employee, or elected official, of the United States, the District of Columbia, or any agency or instrumentality of the United States or the District of Columbia,

16. If the IRS /Prosecutor has assumed that the defendant is a "citizen of the United States" as defined in 5 USC 552a and in 26 USC 6331a or holds a secret file to the identity of the defendant that the defendant is not aware of then procedure such documents.

17. The IRS/Prosecutor will have to state on the court record that the account that they claim that was use has no ties to the defendant or their social security and the birth certificate tied to the name defendant and

18. They well need to define the form of injury cause, to what extent such injured and define what was taken.

## CONCLUSION

As classify by tour beliefs as a so-called taxpayer and who is paying wages to you as a judge, the Public Defender Office, Prosecutors Office and "Your" IRS agent to violate the Brady/ Goligo  is a due process violation as well as taxpayer fraud as they continue to

arrest, sexual assault, detain, endanger, and hold a pretrial knowing they was coming before you after being service with a filing by my friend who came with me.

This filing was shown to "Your" IRS agent in lobby and given to the public defender before pretrial and to be handed to your Prosecutor before pretrial and before I. appear before you.

*Brady* disclosure consists of <u>exculpatory</u> or <u>impeaching</u> information and evidence that is material to the guilt or innocence or to the punishment of a defendant. The term comes from the 1963 <u>U.S. Supreme Court</u> case *<u>Brady v. Maryland</u>,*[1] in which the Supreme Court ruled that suppression by the prosecution of evidence favorable to a defendant who has requested it violates <u>due process</u>. The *Brady* doctrine is a **pretrial discovery rule**

> In U.S. law, Giglio information or material refers to material tending to impeach the character or testimony of the prosecution witness in a criminal trial.

> The Supreme Court's 1963 decision in Brady v. Maryland, 373 U.S. 83 (U.S. 1963) held that the prosecution violates due process when it "withholds evidence on demand of an accused which, if made available, would tend to exculpate him or reduce the penalty.

This filing is being sent to you chambers as a judge to give you notice and will be filed on record to show willful due process and several violations, and

will taxpayer fraud as misuse to continue a hearing when your rule and the constitution clear define to how a warrant is to be issued and executed and recorded.

The facts that a grand jury was deliberately misinformed when the IRS agent covered up this screw up and concealed this.

Sandra Kenan party acting on behalf of, creditor.

## CERTIFICATE OF SERVICE

I, Sandra Kenan, acting on behalf of the named defendant(s) file this before the district court clerk of court in this year of 2019 in the month of December on this day of _____ and I certify that a copy of the notice has been mail by regular mail.

_Sandra Kenan_
party acting on behalf of Creditor

**Judge chambers**
George Jarrod Hazel

**Robert Hur – US Attorney**
**Jennifer Sykes – Assistance United States Attorney**
Office of the United States Attorney
6500 Cherrywood Lane
Greenbelt, MD 20770
3013440112
Fax: 3103440105
Email: jennifer.sykes@usdoj.gov

**Abigail Burger Chingos**
**Jeffery A. McLellan**
Trial Attorney
Us Department Of Justice Tax Division
150 M St. NE
Washington, DC 20002
2023053264
Email: abigail.b.chingos@usdoj.gov

_ATTORNEY TO BE NOTICED_
**Justin Eisele**
Seddiq Law Firm
PO BOX 1127
Rockville, MD 20850
3015137832
Fax: 4435880400
Email: justin.eisele@seddiqlaw.com
_LEAD ATTORNEY_
_ATTORNEY TO BE NOTICED_
_Designation: CJA Appointment_