United States District Court
for the
District of Maryland

proper court name

district court of the United States
judicial district for Maryland

United States of America
plaintiff/Bankrupt Debtor

CASE # GJH 8:19 CR 444

VS

Sandra Denise Curl, Sandra Curl- Jacobs El
Sandra Curl Jacobs, "Minister Sandra El
Defendant Creditor



JAN 2 9 2021

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND          DEPUTY

Sandra Kenan
party acting on behalf of,

Motion IRS Lack Jurisdiction

Willful Breach of Employees Position

And a Determination Letter Demanded

Whereas, I, Sandra Kenan, (HEREINAFTER and at "All" times when "I" or this party is used it will mean Sandra Kenan acting on behalf of and not as a named party birth name Sandra Curl), acting on behalf of the named parties and not a Bar Attorney or educated in any law school to interrupted your language and in the communication as terms of words as pointed out by President Clinton, in his impeachment on the word " is" and it depend on what the word is, is.

**One:** Is the following not your duties under the law to the people to whom

United States District Court
for the
District of Maryland

proper court  name

district court of the United States
judicial district for Maryland

United States of America                        CASE # GJH 19 CR 444
plaintiff/Bankrupt Debtor

      VS

Sandra Denise Curl, Sandra Curl- Jacobs El
Sandra Curl Jacobs, "Minister Sandra El
Defendant Creditor

Sandra Kenan
party acting on behalf of,

Motion IRS Lack Jurisdiction

Willful Breach of Employees Position

And a Determination Letter Demanded

Whereas, I, Sandra Kenan,  (HEREINAFTER  and at "All" times when  "I" or this party  is used it will mean Sandra Kenan acting on behalf of and not as  a named party birth name Sandra Curl), acting on behalf of the named parties and not a Bar Attorney or educated in any law school to interrupted your language and in the communication as terms of words as  pointed out by President  Clinton, in his impeachment  on the word " is"  and it depend on what  the word is, is.

**One:**  Is the following not your duties under the law to the people to whom

you serve?  5 CFR§ 2635.101 - Basic obligation of public service. § 2635.101 Basic obligation of public service.

(a) *Public service is a public trust.* Each employee has a responsibility to the United States Government and its citizens to place loyalty to the Constitution, laws and ethical principles above private gain. To ensure that every citizen can have complete confidence in the integrity of the Federal Government, each employee shall respect and adhere to the principles of ethical conduct set forth in this section, as well as the implementing standards contained in this part and in supplemental agency regulations.

b).  This party point is, do I real need to copy and Attach the whole regulation and waste paper if so, state so and I will copy and paste the whole quotes to the regulation and case laws and foundation to what your duties are?

**Two:**  I, will point to the Congress Act to what laid out your duties are to the people?  IRS HR 2676 Internal Revenue Service Restructuring and Reform Act of 1998 105th Congress (1997-1998) SEC. 1203. TERMINATION OF EMPLOYMENT FOR MISCONDUCT; . (a) IN GENERAL. —Subject to subsection (c), the Commissioner of Internal Revenue shall terminate the employment of any employee of the Internal Revenue Service if there is a final administrative or judicial determination that such employee committed any act or omission described under subsection (b) in the performance of the employee's official duties.

**Three**:  This party will point to Brady /Giglio and is it not your duty to disclose any evidence that can clear this party of guilt?

a).  To withhold this information does it not violate the first two point in law as declared above?

b).  In 1963, **Brady v. Maryland**, the U.S. Supreme Court expanded on

its previous due process cases addressing exculpatory information to which a criminal defendant is entitled. The ***Brady v. Maryland*** court case decided that a defendant's due process rights were violated when a prosecutor intentionally withheld exculpatory and material evidence from the defendant. The Supreme Court wrote that withholding exculpatory facts or information was equivalent to "deliberate deception of court and jury." That's pretty strong language from our nation's highest court.

c). **Giglio v. United States**, The Supreme Court did not render much guidance about what a prosecutor must provide to a defense attorney in order to satisfy their ***Brady and Giglio*** obligations. We know material and exculpatory evidence *must be provided* to the defense, and that "evidence affecting credibility" of a witness falls within these bounds. This guidance leaves little doubt that disciplinary action touching on an officer's ethics, integrity or honesty must be disclosed. Criminal convictions for similar criminal offenses, such as fraud or those involving moral turpitude, must also be disclosed.

**Four:** This party point out is it not your duty under these two case laws to produce your implementing laws to show your authority to bring an IRS claim?

a). John CERVASE, Appellant, v. OFFICE OF the FEDERAL REGISTER

b). UNITED STATES v. MERSKY (1960)

c). Such ignorance would avail him not, however, since publication in the Federal Register gives him constructive notice of the existence of the regulation. The Federal Register Act was enacted because of widespread dissatisfaction with the unsystematic manner in which executive orders, agency regulations, and similar materials were being made available to the public. The basic object of this statutory reform was to eliminate secret law.

d). Does the IRS have the implementing law to its claims?

**Motion IRS Lack Jurisdiction Willful Breach of Employees Position And A Determination Letter Demanded**

**Five:** This party again is challenging can the IRS provide the territory to which it lays it claim?

a). Can the IRS provide the federal enclave to which this alleged claim happens on?

b). Can the IRS provide the federal district to which this alleged claim happens on?

c). Can the IRS show the District of Maryland has jurisdiction as a Territorial Court when federal statute shows lack of should jurisdiction?

d). Can IRS prove how a defective warrant gives them jurisdiction to violate the 4th and 5th and 14th amendment and due process of law?

e). Can IRS prove how a defective warrant gives them jurisdiction to violate 5 CFR 2635.101 ?

f). Can IRS prove how a defective warrant gives them jurisdiction to violate HR 2676 section 1203?

g). Can the IRS and the US Attorney's Office not prove that 4 U.S.C. § 72 which is positive law, mandates that all offices of government are restricted to" the District of Columbia, and not elsewhere" unless Congress "expressly" extends their granted authority to other geographical areas by United State law?

h). If so, can IRS and the US Attorney office show proof of their delegation of authority in the United States law?

**Six:** Contrary to Article I § 9 clause 3 of the Constitution, the Article IV United States District Court, being a legislative rather than judicial court, has effected a bill of attainder against "this party".

a). Can IRS disprove this fact?

**Motion IRS Lack Jurisdiction Willful Breach of Employees Position And A Determination Letter Demanded**

The term 'District Courts of the United States,' as used in the rules, without an addition expressing a wider connotation, has its historic significance. It describes the Constitutional Courts created under Article 3 of the Constitution.

        b).   Can IRS disprove this decision?

Courts of the Territories are legislative courts, properly speaking, and are not District Courts of the United States. We have often held that vesting a territorial court with jurisdiction similar to that vested in the District Courts of the United States does not make it a 'District Court of the United States.' Reynolds v. United States, 98 U.S. 145 , 154; The City of Panama, 101 U.S. 453 , 460; In re Mills, 135 U.S. 263, 268 , 10 S.Ct. 762; McAllister v. United States, 141 U.S. 174, 182 , 183 S., 11 S.Ct. 949; Stephens v. Cherokee

Nation, 174 U.S. 445, 476 , 477 S., 19 S.Ct. 722; Summers v. United States, 231 U.S. 92, 101 , 102 S., 34 S.Ct. 38; United States v. Burroughs, 289 U.S. 159, 163 , 53 S.Ct. 574. Not only did the promulgating order use the term District Courts of the United States in its historic and proper sense, but the omission of provision for the application of the rules to the territorial courts and other courts mentioned in the authorizing act clearly shows the limitation that was intended.

        c).   Can IRS disprove this fact?

The United States district court is not a true United States court established under Article III of the Constitution to administer the judicial power of the United States therein conveyed. It is created by virtue of the sovereign congressional faculty, granted under Article IV, § 3, of that instrument, of making all needful rules and regulations respecting the territory belonging to the United States. The resemblance of its jurisdiction to that of true United States

courts, in offering an opportunity to nonresidents of resorting to a tribunal not subject to local influence, does not change its character as a mere territorial court.

  d).  Can the IRS disprove this fact?

The fact that judicial officers (magistrates) in United States District Courts preside under the gold-fringed Union Jack (executive martial law/admiralty banner), rather than the official flag of the United States, prescribed at 4 USC § 1, is proof positive of underlying authority and purpose – when the executive admiralty-martial law authority is extended beyond borders of the geographical United States subject to Congress' Article IV § 3.2 legislative jurisdiction, and the authority moves under threat or actual force of arms, it cannot be construed other than as acts of plunder and war, with the sovereign people of the several States being the object of plunder, suppression, sedition and treason.

  e).  Can IRS disprove the following facts?

Congress established Article IV territorial courts within the Union of several States. United States District Courts located in the Union of several States accommodate the Federal Magistrate System whereas the District of Columbia has Magistrates to set in place of a judge. and

The responsibility of this system is limited to misdemeanor and petty offenses committed on/within Federal territory within the Union of several States where the United States has secured exclusive or concurrent jurisdiction in compliance with provisions of Article I § 8.17 of the Constitution, and/or 40 USC § 255

**Seven:** This party point to your professional rules as a continues showing to how the plaintiff are required to comply, unless the IRS can prove that it does apply?

**Motion IRS Lack Jurisdiction Willful Breach of Employees Position And A Determination Letter Demanded**

**Eight:** Rules of Professional Conduct: Rule 3.8--Special Responsibilities of a Prosecutor

a). Did the IRS and US Attorney office intentionally avoid pursuit of evidence or information because it may damage the prosecution's case or aid the defense?

b). Did the IRS and US Attorney office intentionally fail to disclose to the defense, upon request and at a time when use by the defense is reasonably feasible, any evidence or information that the prosecutor knows or reasonably should know tends to negate the guilt of the accused or to mitigate the offense, or in connection with sentencing, intentionally fail to disclose to the defense upon request any unprivileged mitigating information known to the prosecutor and not reasonably available to the defense, except when the prosecutor is relieved of this responsibility by a protective order of the tribunal?

c). Did the IRS and US Attorney office in presenting a case to a grand jury, intentionally interfere with the independence of the grand jury, preempt a function of the grand jury, abuse the processes of the grand jury, or fail to bring to the attention of the grand jury material facts tending substantially to negate the existence of probable cause?.

d). Did the IRS special agent Veronica Kyriakides and US Attorney Robert Hur, Jennifer Sykes, Abigail Chango inform the grand jury the that the evidence submitted was stolen from a private home with a defective search and seizure warrant to obtain the evidences to build a case against the defendant(s)?

e). Did the IRS special agent Veronica Kyriakides and the US Attorney Robert Hur, Jennifer Sykes and Abigail Chingos, give notice to the defendant of the grand jury investigation hearing to allow the defendant to submit evidence to the grand jury?

f). Can the IRS special agent Veronica Kyriakides and the US Attorney Robert Hur, Jennifer Sykes and Abigail Chingos prove they did not violate the defendant rights to question the grand jurors creditability and qualification?

**Nine**: Can the IRS disprove 18 USC section 8?

**Ten:** Can the IRS define money to what they claim they paid?

**Eleven:** If what the IRS alleged was paid does any of it apply to 18 USC 8?

**Twelve**: Does such alleged funds come from the IRS?

**Thirteen:** Is the IRS concealing a hidden account that this Court and other Courts can or does receives funds under in the name or Social Security number of the defendant(s)?

**Fourteen**: Does the IRS aid and abet in bribes into the court system and or law firms from tax collections?

**Fifteen:** Does the IRS agent receive any commission or any compensation?

a). If so, state the amount and from who?

**Sixteen:** Will the IRS disclose the manual on the alleged claim was not authority, if not, why not?

**Seventeen**: Does the IRS have manuals that disclose to how the forms such as

**Motion IRS Lack Jurisdiction Willful Breach of Employees Position And A Determination Letter Demanded**

1040 ,1041 ,1099B 1099C etc., are to be used correctly?

    a).  If so, are they available to the people?

    b).  if not, why not?

    c).  What does the IRS have to hide from the people?

    d).  Does the IRS let the people of the state know who the above tax forms are really for?

    e).  If not, why not?

**Eighteen:**  Dose the IRS hold a master file on the name of the defendant(s) and on the people in the United States of America in Puerto Rico?

    a).  What does that Master file identify the defendant job description?

    b).  Does the IRS in Puerto Rico have the defendants listed as Firearm dealer?

    c).  Does the IRS in Puerto Rico have the defendants listed as Tobacco dealer?

    d).  Does the IRS in Puerto Rico have the defendants listed as Liquor dealer?

    e).  What is the purpose of having the defendants listed as one of the dealerships?

    f).  Will the IRS disclose the secret code behind this master file once presented in court?

    g).  if not, why not?

**Motion IRS Lack Jurisdiction Willful Breach of Employees Position And A Determination Letter Demanded**

**Nineteen**: Was not the IRS served with a SF 95 and sworn affidavit on or about January 12, 2019 by certified mail 7005-1160-0002-5554-8410 and requested to administratively address the defects of the search and seizure warrant and the issue of this case before it came to court?

a). What was the reason why the defendant(s) was not give this administrative hearing as requested?

b). What did the IRS have to hide by failing to address the SF 95 ?

c). By failing to address the SF 95 in the federal time limit did it not wave their immunity and fail to comply with administrative procedures?

**Twenty:** When the IRS agent was told in the lobby that morning in Court in Greenbelt Maryland on November 25, 2019 that the search and seizure warrant was defected and she was shown the defects did not IRS special agent Veronica Kyriakides by insisting to have the party finger printed and sexual assaulted violate this party rights under HR 2676 section 1203?

**Twenty One:** When the IRS special agent Veronica Kyriakides was told in the lobby of the Court in Greenbelt Maryland on November 25, 2019 that the search and seizure warrant as defected and she was shown the defects did not IRS special agent Veronica Kyriakides by insisting to have the party finger printed and sexual assaulted violate this party rights and ethics of good conduct under 5 CFR 2635-101?

**Twenty-Two**: Has not the IRS special agent Veronica Kyriakides knowingly and willing set out to violate 4th and 5th amendment by compelling the defendant to be a witness against themselves?

a). Does this violate the civil rights as define in HR2676 section 1203?

**Motion IRS Lack Jurisdiction Willful Breach of Employees Position And A Determination Letter Demanded**

b).   Does this not also violate 5 CFR 2635 of public ethics when it comes to who they serve?

c).   Did the IRS special agent Veronica Kyriakides violate the defendant(s) Declaration of Rights, Article 26 of the Maryland Constitution. *"All warrants, without oath or affirmation, to search suspected places or to seize any person or property, are grievous and oppressive; and all general warrants to search suspected places, or the person in special, are illegal, an ought not be granted"?*

d).   Did the IRS special agent Veronica Kyriakides disclosure of the contents of a Search and Seizure Warrant affidavit prior to the execution of the warranty?

e).   Did the IRS special agent Veronica Kyriakides verified and return inventory items that was stolen from the private home with the defective search and seizure warrant to the issuing judge?

f).   If so when and where was this information recorded on the record?

g).   Can the IRS special agent Veronica Kyriakides show and prove where is the probable cause and affidavit that was needed to obtain a Search and Seizure warrant?

h).   Can the IRS special agent Veronica Kyriakides show where did the Search and Seizure warrant state to download copy and steal private information on all computers, cell phone, tablets, or any other electronic devices. And from what computer, what cell phone, and any and all devices?

**Motion IRS Lack Jurisdiction Willful Breach of Employees Position And A Determination Letter Demanded**

Your standing as Federal Judges knows that this party was not guilty and the U.S. Attorney Robert Hur, Jennifer Sykes, Abigail Chingos  along with the IRS special agent Veronica Kyriakides willfully and knowingly disregard the Rules and lawful rights to deprive this party of her liberty and her rights.

Sandra Kenan
party acting on behalf of Creditor

**Motion IRS Lack Jurisdiction Willful Breach of Employees Position And A Determination Letter Demanded**

## CERTIFICATE OF SERVICE

I, Sandra Kenan, acting on behalf of the named defendants/creditor  file this before the district court clerk of court  and sent to all parties noted above by regular mail.  On this day ~~27th~~ of in the month of ~~December~~ year of ~~2019~~.

January 2021

Sandra Kenan

party acting on behalf of Creditor

**Judge chambers**
George Jarrod Hazel

**United States Attorney Office**
Robert Hur – United States Attorney
Jennifer Sykes – Assistance United States Attorney
Office of the United States Attorney
6500 Cherrywood Lane
Greenbelt, MD 20770
3013440112
Fax: 3103440105
Email: jennifer.sykes@usdoj.gov

**US Department of Justice Tax Division**
Abigail Burger Chingos
Jeffery A. McLellan
Trial Attorney
Us Department Of Justice Tax Division
150 M St. NE
Washington, DC 20002
2023053264
Email: abigail.b.chingos@usdoj.gov

**Justin Eisele**
Seddiq Law Firm
PO BOX 1127
Rockville, MD 20850
3015137832
Fax: 4435880400
Email: justin.eisele@seddiqlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*